SEPEHR DAGHIGHIAN, State Bar No. 239349
**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**
433 North Camden Drive, Fourth Floor
Beverly Hills, California 90210
Telephone: (310) 887-1333
Facsimile: (310) 887-1334
E-mail: sepehr@daghighian.com

MELVIN K. SILVERMAN, *Pro Hac Vice*
*Application Pending*
**M.K. SILVERMAN & ASSOCIATES, P.C.**
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973)508-5033
Facsimile: (888) 889-5866
E-mail: mks@mkspc.com

Attorneys for Plaintiff:
**TRUST OF ANTHONY J. ANTONIOUS**

FILED 10 APR 12 PM 12:32
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS, a Florida Trust,<br><br>Plaintiff,<br><br>v.<br><br>TOUR EDGE GOLF MANUFACTURING, INC., an Illinois Corporation,<br><br>Defendant. | Case No. **CV 10-02636 RGK (JEMx)**<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

COMPLAINT

Plaintiff, THE IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS ("Antonious" or "Plaintiff"), files this Complaint against TOUR EDGE GOLF MANUFACTURING, INC., an Illinois Corporation ("Tour Edge" or "Defendant"), and demanding a trial by jury, avers as follows:

## JURISDICTION AND VENUE

1. This is a civil action for patent infringement, under the United States Patent Act, 35 U.S.C. § 101 *et seq.* The Court therefore has jurisdiction over the claims pursuant to 28 U.S.C. §§ 1331 and 1338.

2. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b) because the named defendant conducts business activities within this District and the acts of infringement have taken place in this district.

## THE PARTIES

3. Plaintiff, THE IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS, is a trust organized under the laws of the state of Florida and situated in Wanaque, Passaic County, New Jersey.

4. Upon information and belief, Defendant TOUR EDGE GOLF MANUFACTURING, INC. is a corporation organized under the laws of the State of Illinois and having a business address of 1301 Pierson Drive, Batavia, Illinois 60510.

## FACTS COMMON TO ALL COUNTS

5. This action is brought to obtain equitable and legal relief for the Defendant's infringement of Plaintiff's United States Patent.

6. Plaintiff is the owner of United States Design Patent No. 499,157 entitled Metalwood Type Golf Club Head (the "'157 Patent"). The '157 Patent relates to a design for a golf club head. **(Exhibit "A")**.

7. On information and belief, Defendant has been and is infringing, contributing to infringement, and/or inducing others to infringe the '157 Patent by

LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.
433 NORTH CAMDEN DRIVE, FOURTH FLOOR
BEVERLY HILLS, CALIFORNIA 90210

making, using, offering for sale, selling, or importing golf clubs that infringe upon the '157 Patent. Furthermore, Defendant has been on notice of Plaintiff's patent.

8. Defendant's acts of infringement have occurred within this district and elsewhere throughout the United States.

9. Plaintiff is the owner of the '157 Patent. Plaintiff has complied with the provisions of the United States patent laws as 35 U.S.C. § 1 *et seq.* with respect to said patent.

10. Plaintiff has retained the undersigned counsel to represent it in this matter and is obligated to pay a reasonable fee for such representation.

## COUNT I
## PATENT INFRINGEMENT

11. Plaintiff realleges and incorporates by reference the matters alleged in the foregoing paragraphs of this Complaint as if fully set forth herein.

12. Plaintiff has not authorized Defendant to make, use, offer for sale, sell or import products infringing Plaintiff's patent.

13. Plaintiff is informed and believes, and based thereon alleges that Defendant has infringed the '157 Patent by, among other things, making, using, importing, advertising, offering for sale, and selling products infringing Plaintiff's patent including, without limitation, the Tour Edge V25, Tour 9 Proto, Tour Edge Bazooka, and other of Defendant's golf clubs.

14. Defendant is thereby directly infringing said patent, pursuant to 35 U.S.C. § 284.

15. Unless enjoined, Defendant will continue to infringe the '157 Patent, and Plaintiff will suffer irreparable injury as a direct and proximate result of Defendant's conduct.

16. Plaintiff has been damaged and injured by Defendant's conduct, and until an injunction issues will continue to be damaged and injured in an amount yet to be determined.

17. On information and belief, Defendant knew or should have known of the '157 patent and the Plaintiff's rights to the patented structure.

18. Defendant proceeded to knowingly and willfully disregard Plaintiff's right and to infringement Plaintiff's patent.

19. Plaintiff is therefore entitled to an amount which is treble the amount of Plaintiff's damages found or assessed.

20. Based on Defendant's willful infringement, Plaintiff believes this to be an "exceptional" case, which entitles Plaintiff to attorney's fees pursuant to 35 U.S.C. § 285.

21. Pursuant to 35 U.S.C. § 289, Plaintiff seeks the additional remedy of the Defendant's revenues attributable to their infringement. In addition, Plaintiff seeks an accounting of Defendant's profits, as well as interest and costs.

22. Defendant has caused and continues to cause irreparable injury to Plaintiff by infringement of Plaintiff's patent.

## COUNT II
## INDUCEMENT OF PATENT INFRINGEMENT

23. Plaintiff realleges and incorporates by reference the matters alleged in the foregoing paragraphs of this Complaint as if fully set forth herein.

24. Plaintiff has not authorized Defendant to make, use, offer for sale, sell or import products infringing Plaintiff's patent.

25. Plaintiff is informed and believes, and based thereon alleges that Defendant has infringed the '157 Patent by actively inducing its agents and others to, among other things, make, use, import, advertise, offer for sale, and sell products infringing Plaintiff's patent.

26. Defendant is thereby inducing others including, without limitation, Defendant's distributors, retailers, and end users to infringe said patent, pursuant to 35 U.S.C. § 271(b).

27. Unless enjoined, Defendant will continue to induce infringement of the

'157 Patent, and Plaintiff will suffer irreparable injury as a direct and proximate result of Defendant's conduct.

28. Plaintiff has been damaged and injured by Defendant's conduct, and until an injunction issues will continue to be damaged and injured in an amount yet to be determined.

29. On information and belief, Defendant knew or should have known of the '157 patent and the Plaintiff's rights to the patented structure.

30. Defendant proceeded to knowingly and willfully disregard Plaintiff's right and to infringement Plaintiff's patent.

31. Plaintiff is therefore entitled to an amount which is treble the amount of Plaintiff's damages found or assessed.

32. Based on Defendant's willful infringement, Plaintiff believes this to be an "exceptional" case, which entitles Plaintiff to attorney's fees pursuant to 35 U.S.C. § 285.

33. Pursuant to 35 U.S.C. § 289, Plaintiff seeks the additional remedy of the Defendant's revenues attributable to their infringement. In addition, Plaintiff seeks an accounting of Defendant's profits, as well as interest and costs.

## COUNT III
## CONTRIBUTORY PATENT INFRINGEMENT

34. Plaintiff realleges and incorporates by reference the matters alleged in the foregoing paragraphs of this Complaint as if fully set forth herein.

35. Plaintiff has not authorized Defendant to make, use, offer for sale, sell or import components of products that when combined with other components result in products that infringe Plaintiff's patent.

36. Plaintiff is informed and believes, and based thereon alleges that Defendant has infringed the '157 Patent by, among other things, selling one or more devices which comprise a material part of the patented invention especially adapted for use in an infringement of Plaintiff's patent, without Plaintiff's

permission or authority.

37. Defendant is thereby contributorily infringing said patent, pursuant to 35 U.S.C. § 271(c).

38. Unless enjoined, Defendant will continue to contributorily infringe the '157 Patent, and Plaintiff will suffer irreparable injury as a direct and proximate result of Defendant's conduct.

39. Plaintiff has been damaged and injured by Defendant's conduct, and until an injunction issues will continue to be damaged and injured in an amount yet to be determined.

40. On information and belief, Defendant knew or should have known of the '157 patent and the Plaintiff's rights to the patented structure.

41. Defendant proceeded to knowingly and willfully disregard Plaintiff's right and to infringement Plaintiff's patent.

42. Plaintiff is therefore entitled to an amount which is treble the amount of Plaintiff's damages found or assessed.

43. Based on Defendant's willful infringement, Plaintiff believes this to be an "exceptional" case, which entitles Plaintiff to attorney's fees pursuant to 35 U.S.C. § 285.

44. Pursuant to 35 U.S.C. § 289, Plaintiff seeks the additional remedy of the Defendant's revenues attributable to their infringement. In addition, Plaintiff seeks an accounting of Defendant's profits, as well as interest and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, The Irrevocable Trust of Anthony J. Antonious, prays that the Court enter a judgment in favor of Plaintiff as follows:

(1) That the '157 Patent is valid and enforceable;

(2) That the '157 Patent is infringed by the Defendant;

(3) That Defendant's infringement was willful;

(4) That Defendant and its directors, officers, employees, attorneys, agents, and all persons in active concert or participation with any of the foregoing be preliminarily and permanently enjoined from further acts of infringement of the '157 Patent;

(5) That Defendant be required to pay Plaintiff damages according to the following:

a) In accordance with 35 U.S.C. § 284, including actual damages, and in no event less than a reasonable royalty regarding Defendant's revenues and those of its agents from infringing sales revenues and of revenue convoyed thereby, consequential of Defendant's infringements, pursuant to 35 U.S.C. § 271(a), (b), and (c);

b) In accordance with 35 U.S.C. § 289, Defendant's revenue attributable to their infringement and an accounting of Defendant's profits, interest and costs of Plaintiff;

(6) That the foregoing damages awards be trebled, pursuant to 35 U.S.C. § 284;

(7) That this is an exceptional case and that Plaintiff be awarded its reasonable costs and attorney's fees, pursuant to 35 U.S.C. § 285;

(8) That Plaintiff be awarded interest from the date of the commencement of infringement; and

(9) That Plaintiff has such other and further relief as the Court may deem equitable.

///
///
///
///
///
///

Dated: April 9, 2010

Respectfully submitted,
**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**

*/s/ Sepehr Daghighian/*

SEPEHR DAGHIGHIAN, ESQ.
Attorney for Plaintiff: The Irrevocable Trust of Anthony J. Antonious

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff demands a trial by jury of all issues raised by this Complaint which are triable by jury.

Respectfully submitted,

Dated: April 9, 2010

**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**

*[signature]*

SEPEHR DAGHIGHIAN, ESQ.
Attorney for Plaintiff: The Irrevocable Trust of Anthony J. Antonious

**EXHIBIT "A"**

US00D499157S

## (12) United States Design Patent
Antonious

(10) Patent No.: **US D499,157 S**
(45) Date of Patent: \*\* **Nov. 30, 2004**

(54) **METALWOOD TYPE GOLF CLUB HEAD**

(76) Inventor: Anthony J. Antonious, 7738 Calle Facil, Sarasota, FL (US) 34238

(\*\*) Term: **14 Years**

(21) Appl. No.: **29/197,176**

(22) Filed: **Jan. 13, 2004**

(51) LOC (7) Cl. .................................. 21-02
(52) U.S. Cl. ................................. D21/752
(58) Field of Search .................. D21/733, 752; 473/324–331, 343–346

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D339,395 S | \* | 9/1993 | Cameron | D21/752 |
| D479,867 S | \* | 9/2003 | Saliba et al. | D21/752 |
| D481,090 S | \* | 10/2003 | Antonious | D21/752 |
| D481,091 S | \* | 10/2003 | Antonious | D21/752 |

\* cited by examiner

*Primary Examiner*—Mitchell Siegel
(74) *Attorney, Agent, or Firm*—Welsh & Flaxman LLC

(57) **CLAIM**

The ornamental design for a metalwood type golf club head, as shown and described.

**DESCRIPTION**

FIG. 1 is a front elevational view of a metalwood type golf club head showing my new design.
FIG. 2 is a perspective view thereof shown from the bottom.
FIG. 3 is a top plan view thereof.
FIG. 4 is a rear elevational view thereof.
FIG. 5 is a toe elevational view thereof.
FIG. 6 is a heel elevational view thereof; and,
FIG. 7 is a bottom perspective view thereof.

**1 Claim, 4 Drawing Sheets**





FIG.1

FIG.2



FIG.3

FIG.4



FIG.5

FIG.6



FIG. 7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge KLAUSNER and the assigned discovery Magistrate Judge is MCDERMOTT.

The case number on all documents filed with the Court should read as follows:

**CV 10-2636 RGK (JEMx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the The United States District Judge assigned to this case will hear and determine all discovery related motions.

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

☑ **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

☐ **Southern Division**
411 West Fourth St., Rm 1-053
Santa Ana, CA 92701-4516

☐ **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-18 (01/09)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

SEPEHR DAGHIGHIAN, State Bar No. 239349
LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.
433 North Camden Drive, Fourth Floor
Beverly Hills, California 90210
Telephone: (310) 887-1333
Facsimile: (310) 887-1334

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS, a Florida Trust,<br><br>PLAINTIFF(S)<br>v.<br>TOUR EDGE GOLF MANUFACTURING, INC., an Illinois Corporation,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV 10-02636 RGK (JEMx)**<br><br>SUMMONS |

TO: DEFENDANT(S): TOUR EDGE GOLF MANUFACTURING, INC., an Illinois Corporation,

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Sepehr Daghighian, Esq._____, whose address is _433 N. Camden Drive, 4th Floor, Beverly Hills, CA 90210_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __04-12-2010__    By: _____
                              Deputy Clerk
                              (Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)                          SUMMONS

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
THE IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS, a Florida Trust,

**DEFENDANTS**
TOUR EDGE GOLF MANUFACTURING, INC., an Illinois Corporation,

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Sepehr Daghighian, Law Offices of Sepehr Daghighian, P.C.
433 N. Camden Drive, 4th Floor, Beverly Hills, CA 90201
Tel: (310) 887-1333; Fax (310) 887-1334

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT: $** Not Specified

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Patent Infringement, Inducement of Patent Infringement, Contributory Patent Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☒ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV 10-02636**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)      CIVIL COVER SHEET      Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New Jersey |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Illinois |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, California | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 4-9-10

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |